UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

REBECCA M. YOUNG-MAN,

Petitioner,

v.

FALLON PAIUTE-SHOSHONE TRIBE,

Defendants.

CASE NO.: 3:14-CV-00287-RCJ-VPC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #5) entered on August 27, 2014, in which the Magistrate Judge recommends that the Court grant Plaintiff's Application to proceed *in forma pauperis* (ECF #1), file Complaint (ECF#1-1) and dismiss the complaint for lack of jurisdiction. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #5).

IT IS HEREBY ORDERED that Plaintiff's Application to proceed *in forma pauperis* (ECF #1) is GRANTED, and the Clerk shall file the Complaint (#1-1).

IT IS FURTHER ORDERED that Plaintiff's Petition for a Stay of Tribal Court Orders (#3) is DENIED AS MOOT.

IT IS FURTHER ORDERED that this action is DISMISSED and the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 28th day of October, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE